# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 27, 2010

No. 10-30524
Summary Calendar

Lyle W. Cayce
Clerk

LINDA ROLLINS,

Plaintiff-Appellant

v.

ST. JUDE MEDICAL INC., doing business as St. Jude Medical Cardiovascular
Division, Cardiology Division,

Defendant-Appellee

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:08-CV-387

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant Linda Rollins appeals the district court's judgment granting the motion for summary judgment filed by Defendant-Appellee St. Jude Medical Inc. ("St. Jude Medical"), dismissing Rollins's action with prejudice, granting St. Jude Medical's Motion in Limine to exclude irrelevant and inadmissible evidence, denying Rollins's Motion for Leave to File Untimely

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-30524

Opposition, and denying as moot St. Jude Medical's Motion for Leave to File Reply Memoranda. We have now reviewed the record on appeal in its entirety, including the briefs of the parties and the applicable law as set forth therein and as independently determined, as a result of which we are satisfied that all rulings, orders, and the judgment of the district court should be, and hereby are, AFFIRMED.